## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: John Douglas Mindy
      Debtor(s)

BK NO. 23-00353 MJC

Chapter

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

  Kindly enter my appearance on behalf of PENNYMAC LOAN SERVICES, LLC and index same on the master mailing list.

Respectfully submitted,

/s/ *Michael Farrington*
_____
Michael Farrington
23 Feb 2023, 13:17:51, EST

KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA  19106
215-627-1322

Document ID: 8a85aae75aac3372ff014a759e3120f7d5a3f10392005e777ab0f53e1f73ddf