Certificate Number: 14912-PAM-DE-037295083

Bankruptcy Case Number: 23-00353


14912-PAM-DE-037295083

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on March 27, 2023, at 11:22 o'clock AM EDT, John Mindy completed a course on personal financial management given by internet by 001 Debtoredu LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: March 27, 2023

By: /s/Jai Bhatt

Name: Jai Bhatt

Title: Counselor