UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: JOHN DOUGLAS MINDY<br>Debtor | : | CHAPTER 13 |
| JACK N. ZAHAROPOULOS<br>STANDING CHAPTER 13 TRUSTEE<br>Movant | : | |
| vs. | : | |
| JOHN DOUGLAS MINDY<br>Respondent | : | CASE NO. 5-23-bk-00353 |

TRUSTEE'S OBJECTION TO CHAPTER 13 PLAN

AND NOW, this 27th day of March, 2023, comes Jack N. Zaharopoulos, Standing Chapter 13 Trustee, and objects to the confirmation of the above-referenced debtor(s)' plan for the following reason(s):

1. Debtor(s)' plan violates 11 U.S.C. §§ 1322(a)(1) and 1325(b) in that the debtor(s) has not submitted all or such portion of the disposable income to the Trustee as required. More specifically,

Trustee alleges and avers that debtor(s)' disposable income is greater than that which is committed to the plan based upon disposable income on Schedules I and J and specifically disputes the following amounts:

a. Based on documentation provided – debtor's gross and net income appears to be substantially higher than the amounts listed on Schedule I.

WHEREFORE, Trustee alleges and avers that debtor(s) plan is nonconfirmable and therefore Trustee prays that this Honorable Court will:

a. Deny confirmation of debtor(s) plan.
b. Dismiss or convert debtor(s) case.
c. Provide such other relief as is equitable and just.

Respectfully submitted:

Jack N. Zaharopoulos
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
(717) 566-6097

BY: /s/Douglas R. Roeder

Case 5:23-bk-00353-MJC    Doc 18    Filed 04/04/23    Entered 04/04/23 08:42:17    Desc
Main Document    Page 1 of 2

# CERTIFICATE OF SERVICE

        AND NOW, this 4th day of April, 2023, I hereby certify that I have served the within Objection by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Hummelstown, Pennsylvania, postage prepaid, first class mail, addressed to the following:

Leonard Zagurskie, Jr., Esquire
110 West Main Avenue, 1st Flr.
Myerstown, PA   17067

                                      /s/Deborah A. DePalma
                                      Office of Jack N. Zaharopoulos
                                      Standing Chapter 13 Trustee