UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: JOHN DOUGLAS MINDY<br>  Debtor(s) | : | CHAPTER 13 |
| | : | |
| JACK N. ZAHAROPOULOS<br>STANDING CHAPTER 13 TRUSTEE<br>  Movant | : | |
| vs. | : | |
| JOHN DOUGLAS MINDY<br>  Respondent(s) | : | CASE NO. 5-23-bk-00353 |

WITHDRAWAL OF TRUSTEE'S OBJECTION TO
CHAPTER 13 PLAN

AND NOW, this 26th day of May, 2023, comes Jack N. Zaharopoulos, Standing Chapter 13 Trustee, and requests that the Trustee's Objection to Chapter 13 Plan filed on or about April 4, 2023 be withdrawn as all issues have been resolved.

           Respectfully submitted:

           /s/Jack N. Zaharopoulos
           Standing Chapter 13 Trustee
           8125 Adams Drive, Suite A
           Hummelstown, PA 17036
           (717) 566-6097

CERTIFICATE OF SERVICE

AND NOW, this 26th day of May, 2023, I hereby certify that I have served the within Motion by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Hummelstown, Pennsylvania, postage prepaid, first class mail, addressed to the following:

Leonard Zagurskie, Jr., Esquire
110 West Main Avenue, 1st Flr.
Myerstown, PA   17067

           /s/Deborah A. DePalma
           Office of Jack N. Zaharopoulos
           Standing Chapter 13 Trustee